PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE _Southern_ DISTRICT OF TEXAS
### _Houston_ DIVISION

United States Courts
Southern District of Texas
FILED

MAR 17 2022

Nathan Ochsner, Clerk of Court

**Eric Wallace Koehl**
Plaintiff's Name and ID Number

**San Jacinto County Sheriff's Office**
Place of Confinement

**Mr. Greg Capers - Sheriff**
v. **San Jacinto County Sheriff's Office**
**75 West Cedar Ave.**
**Coldspring, Texas, 77331**
Defendant's Name and Address

CASE NO._____
(Clerk will assign the number)

_____
Defendant's Name and Address

_____
Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "...if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___YES ✓NO

    B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
      1. Approximate date of filing lawsuit:_____
      2. Parties to previous lawsuit:
        Plaintiff(s)_____
        Defendant(s)_____
      3. Court: (If federal, name the district; if state, name the county.)_____
      4. Cause number:_____
      5. Name of judge to whom case was assigned:_____
      6. Disposition: (Was the case dismissed, appealed, still pending?)_____
      7. Approximate date of disposition:_____

II. PLACE OF PRESENT CONFINEMENT: San Jacinto County Sheriff's Office
75 West Cedar Ave. / Coldspring, Texas.
77331

2

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure? √ YES ___ NO  *Kiosk Computer at Jail*

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: MR. GReg CAPeRS, SheRiff of SAN JACINTO CouNTY, TEXAS / SAN JACINTO CouNTY SheRiff's office 75 West Cedar Ave., ColdsPRING, TEXAS. 77331

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: MR. GReG CAPeRS - SheRiff of SAN JACINTO CouNTY, TEXAS, 75 West CedAR Ave., ColdsPRING, TEXAS. 77331

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

He is illegAlly ChARGiNg me, illegally deTAiNiNg me, illegally ExPoSiNG me To Covid-19 VIRUS IN ATTempT To muRDeR me To PRoTecT JeFF BlAiN, A feloN WHO TRied To FoRCe me INTo HomosexuAl ACTS TheN TRied To muRDeR me, denied me Access To CouRTS with INeffective LAW librARY, meNTAl ANguich, FAlse ARRest, FAlse ChARges, FAlse impRisoNmeNT, DeNiAl To Access To CouRT, ATTempT To muRDeR with Covid-19 ExPoSuRE - meNTAlly ToRTuRiNG me Through his JAil FoR 119 DAys NoW

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #3: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

V. STATEMENT OF CLAIM:

3

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT. ON NOVEMBER 13, 2021 INVITED TO JEFF BLAIN'S house, I WAS ATTACKED by BLAIN'S dog AND BLAIN TRIED TO chop me up WITH A BUTCHER KNIFE THEN Chased me home WITH A 410 ShoT GUN COMING INTO MY home TO ShooT ME, I GRAbbed A RGS-RACE STARTING GUN BROKEN AND EMPTY, The Sheriff had his deputies dRAW WEAPONS ON ME IN MY FRONT YARD FOR THE BROKEN RGS-EMPTY CAP GUN THAT WAS Concealed IN MY BACK pockeT, Charging me FOR Felon IN Possession OF A FIRE ARM - The Sheriff WAS Told by witnesses AND PlAINTIFF OF JEFF BLAIN'S HomoSexual Aggressiveness TOWARDS PlAINTIFF AND THREATS TO Shoot PLAINTIFF WITH The 410 ShoT GUN - PLAINTIFF'S PARole officer C. Jefferies, MR. KRAig White AND FRiend Steve All WITNessed, JEFF BlAIN A Felon Child molester THAT Served 20 YEARS IN ANoTher STATE WAS Allowed TO GO FRee with 410 ShoT GUN, PLAINTIFF WAS DeTAINed AND illegally ChARged FoR A FiRe ARM when Plaintiff had A NoN FiRe ARM, Then Kept IN ExPossuRe of Covid-19 viRus, denied masks and Testing For Covid-19 VIRUS When Plaintiff had All Symptoms of SAid VIRUS AND WAS Denied VACCINES FoR VIRUS When he WAS Sick Several Times, JEFF BlAIN ON December 9, 2021 WAS Allowed To Go UNCHARGED FoR BREAKing INTO PlAINTiff's home STEAling A 65" VIZO FlAT SCREEN T.V. Sheriff REfused TO Allow PLAINTIFF TO File ChARges when Plaintiff had witness, Sheriff RATHER Tried To hAVe PlAINTiff's PARole officer File A illegal WARRENT on PlAINTiff out of PARole officer's Jurisdiction - when PARole officer Refused, Sheriff Refused To Allow PARole officer INTo The JAil TO See PLAINT.FF FoR MONThly PAPERwoRK - Sheriff Then Denied Plaintiff Access TO COURTS AND INEFFeCTiVE LAW LIBRARY AND KepT PLAINTiFF SilENT By only Allowing MiNimum MAil ouT To Legal Authorities Such As The F.B.I., Sheriff Changed PlAINTiff's Bond FRom $5,000.00 To $10,000.00 illegally, Mental Anguish, FAlse ARRest, FAlse Charges, FAlse imprisonment, Denial To Access To Court, Attempt To MuRDER The PlAINTiff has Suffered As Sheriff ATTempts The TRue Story Book Called (TeRRoR ON 59) By PAST SAN JACINTO COUNTY SheRiff AS PlAINTiff WAS The VicTem of JEFF BlAIN AND Sheriff AND KidNAPPed by JEFFBlAIN AND Josh KouNTz.

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.
I WANT $35,000.00 dollars IN dAMAges FRom This hoRRoR I've Been PUT Through AND Reform The SAN JACINTO Sheriff's depARTment AND office, JAil with effective LAW LibRARY AND JAil STANDARDS up To STANDARD policy Legally As Required

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.
ERic WAllAce Koehl

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.
T.D.C. 409015, T.D.C.J-ID 661873

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?  ___YES ✓NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

  1. Court that imposed sanctions (if federal, give the district and division): _____
  2. Case number: _____
  3. Approximate date sanctions were imposed: _____
  4. Have the sanctions been lifted or otherwise satisfied?  ___YES ___NO

C. Has any court ever warned or notified you that sanctions could be imposed?   ___YES ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division): _____
   2. Case number:_____
   3. Approximate date warning was issued:_____

Executed on: 3-11-2022
           DATE

Eric Wallace Koehl
_Eric Wallace Koehl_
(Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this ___11Th___ day of ___MARCH___, 20_22_.
           (Day)              (month)            (year)

_Eric Wallace Koehl_
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

5

SAN JACINTO COUNTY SHERIFF'S OFFICE
OFFENDER INDIGENT MAIL
OFFENDER NAME: ERIC WALLACE KOEHL SO#10443
75 WEST CEDAR AVE
COLDSPRING, TX 77331

LEGAL-MAIL

MAiLED oN 3-11-2022

US POSTAGE PITNEY BOWES
ZIP 77331 $ 000.53
02 4W
0000366256 MAR. 15. 2022

United States Courts
Southern District of Texas
FILED
MAR 17 2022
Nathan Ochsner, Clerk of Court

UNiTED STATES DiSTRiCT CoURT
SoUThERN DiSTRiCT oF TEXAS
PosT oFFice Box 61010
HoUSToN, TEXAS. 77208