UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
March 30, 2022
Nathan Ochsner, Clerk

Eric Wallace Koehl, §
§
        Plaintiff, §
§
versus §      Civil Action H-22-0870
§
Greg Capers, §
§
        Defendant. §

# Final Judgment

Eric Wallace Koehl's civil rights complaint under 42 U.S.C. § 1983 is dismissed without prejudice.

Signed at Houston, Texas, on _____March 29_____, 2022.

                                                  Lynn N. Hughes
                                    United States District Judge